# UNITED STATES DISTRICT COURT

Northern District of Texas

James "Jave" Rush,

    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

National Board of Medical Examiners,
    Defendant

CASE NUMBER: 2:03-CV-140

TO: (Name and address of Defendant)

National Board of Medical Examiners
3750 Market Street
Philadelphia, Pennsylvania 19104

in care of the Secretary of State of Texas, P.O. Box 12079, 1019 Brazos Street, Austin, Texas 78711-2079, as statutory agent for service of process pursuant to Texas Civil Practice and Remedies Code § 17.044.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Mozola
Brad A. Chapman
Mullin Hoard & Brown, L.L.P
P.O. Box 31656
500 S. Taylor, Suite 800
Amarillo, Texas 79120-1656
(806) 372-5050 (phone)
(806) 372-5086 (fax)

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CLERK OF COURT**

CLERK *[signature]*

(By) DEPUTY CLERK

DATE  MAY 23 2003