```
                    U.S. DISTRICT COURT
                  NORTHERN DISTRICT OF TEXAS
                          FILED

                          MAY 2 3 2003

                  CLERK, U.S. DISTRICT COURT
                  By
                                Deputy
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES AVERY RUSH, IV

    Plaintiff,

v.                                    Civil Action No. 2-03CU-0140J

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## STATEMENT OF INTERESTED PERSON

**TO THE HONORABLE COURT:**

James Avery Rush, Plaintiff herein, files Statement of Interested Persons pursuant to Local Rule 3.1(f) and states that the following persons may have an interest in this litigation:

    Plaintiff:           James Avery Rush, IV

    Defendant;       National Board of Medical Examiners

                                        Respectfully submitted,

                                        John Mozola, SBOT# 14615500
                                        Brad A. Chapman, SBOT# 04119010
                                        MULLIN HOARD & BROWN, LLP
                                        500 S. Taylor, Suite 800
                                        P. O. Box 31656
                                        Amarillo, Texas 79120-1656
                                        806.372.5050
                                        806.372.5086 (Fax)

                                        *[signature]*
                                        *Attorneys for Plaintiff*