U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 9 2003

CLERK, U.S. DISTRICT COURT
By _____
   Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES AVERY RUSH, IV | § | |
| | § | |
| PLAINTIFF, | § | |
| v. | § | CIVIL ACTION CAUSE NUMBER |
| | § | 2:03-CV-140-J |
| NATIONAL BOARD OF MEDICAL | § | |
| EXAMINERS, | § | |
| DEFENDANT. | § | |

**ORDER SETTING PRELIMINARY INJUNCTION HEARING**

The Court will conduct an evidentiary hearing on Plaintiff's request for a preliminary injunction on **June 16, 2003,** beginning at **9:30 a.m.** in the second floor courtroom of the federal courthouse located at 205 E. Fifth Ave. in Amarillo, Texas.

It is SO ORDERED.

Signed this the 9th day of June, 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE