IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 3 2003

CLERK, U.S. DISTRICT COURT
By
        Deputy

| | |
|---|---|
| JAMES AVERY RUSH, IV § § PLAINTIFF, § v. § NATIONAL BOARD OF MEDICAL § EXAMINERS, § DEFENDANT. § | CIVIL ACTION CAUSE NUMBER 2:03-CV-140-J |

**ORDER DENYING MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**

Before the Court is Plaintiff's opposed motion, filed June 10, 2003, for leave to conduct expedited discovery in advance of the preliminary injunction hearing on June 16, 2003. The Court has been informed that a portion of this motion is moot because Dr. Donald Deshler, Plaintiff's own expert, will be available for the hearing. The balance of Plaintiff's motion is denied.

It is SO ORDERED.

Signed this the 13th day of June, 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE