**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE <u>Amarillo</u>     JUDGE Mary Lou Robinson     DATE <u>6/16/03</u>

REPORTER Stacy Morrison     MARSHAL     DEPUTY <u>C. Freas</u>

INTERPRETER     CSO <u>Clay Duke</u>     COURT TIME

**CIVIL ACTIONS**

| <u>TIME</u> | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS. PRESENT |
|---|---|---|---|
| 9:30 a.m. | 2:03-CV-140-J<br>James Avery Rush, IV vs. National Board of Medical Examiners | Hearing on Plaintiff's Motion for Preliminary Injunction | Vince Nowak<br>John Mozola<br>Thomas C. Riney |
| 4:45 p.m. | | Recess for day | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 1 7 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

OVER . . .

:\data\wpfiles\forms\minutes\min_ord.civ (Revised: 4/12/94)