**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

| PLACE <u>Amarillo</u> | JUDGE Mary Lou Robinson | DATE <u>6/17/03</u> |
|---|---|---|
| REPORTER Stacy Morrison | MARSHAL | DEPUTY <u>C. Freas</u> |
| INTERPRETER | CSO <u>Clay Duke</u> | COURT TIME |

**CIVIL ACTIONS**

| <u>TIME</u> | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS. PRESENT |
|---|---|---|---|
| 9:30 a.m. | 2:03-CV-140-J<br>James Avery Rush, IV vs. National Board of Medical Examiners | Hearing on Plaintiff's Motion for Preliminary Injunction | Vince Nowak<br>John Mozola<br>Thomas C. Riney |
| 10:45 a.m. | | Hearing ended<br>Exhibits placed in EX Closet | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUN 17 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

**OVER . . .**

:\data\wpfiles\forms\minutes\min_ord.civ  (Revised: 4/12/94)