IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| JAMES AVERY RUSH, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 2-03CV-0140J |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

It is certified that insofar as Defendant knows, the only persons or entities financially interested in the outcome of this suit are the plaintiff, James Avery Rush, IV, and the defendant, National Board of Medical Examiners.

SIGNED this 16th day of June, 2003.

Respectfully submitted,

GIBSON, OCHSNER & ADKINS, LLP
  Thomas C. Riney – TBN 16935100
  Stephen H. Dimlich, Jr. – TBN 05879550
701 South Taylor, Suite 500
Amarillo, Texas 79101-2400
(806) 372-4271; Fax (806) 378-9798

By _____
      Thomas C. Riney

ATTORNEYS FOR DEFENDANT
NATIONAL BOARD OF MEDICAL EXAMINERS

Certificate of Interested Persons – Page 1

15784 00001 74269.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Defendant's Certificate of Interested Persons is being served upon counsel of record by United States Mail, this 18th day of June, 2003, properly stamped and addressed as follows:

> John Mozola
> Vincent E. Nowak
> Brad A. Chapman
> MULLIN HOARD & BROWN, LLP
> P.O. Box 31656
> Amarillo, TX 79120-1656

*Stephen H. Dimlich* (signature)
Stephen H. Dimlich, Jr.