IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

|  |  |  |
|---|---|---|
| JAMES AVERY RUSH, IV | § | |
|  | § | |
| PLAINTIFF, | § | |
| v. | § | CIVIL ACTION CAUSE NUMBER |
|  | § | 2:03-CV-140-J |
| NATIONAL BOARD OF MEDICAL | § | |
| EXAMINERS, | § | |
| DEFENDANT. | § | |

**PRELIMINARY INJUNCTION ORDER**

The National Board of Medical Examiners is hereby ORDERED to allow Plaintiff James Avery "Jave" Rush, IV double or twice the normal amount of time to take and complete the U.S. Medical Licensing Examination, Step I, on or about July 2, 2003. Since the examination cannot be completed in one day, Plaintiff is to be allowed to complete the examination over two days.

This preliminary injunction is binding upon the National Board of Medical Examiners, its officers, agents, servants, employees, and attorneys, and upon those persons administering the Step I examination who are under contract with the Board or in active concert or participation with them who receive actual notice of this Order by personal service or otherwise.

It is SO ORDERED.

Signed this the _20th_ day of June, 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE