IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JAMES AVERY RUSH, IV §<br>§<br>PLAINTIFF, §<br>v. §<br>§<br>NATIONAL BOARD OF MEDICAL §<br>EXAMINERS, §<br>DEFENDANT. § | CIVIL ACTION CAUSE NUMBER<br>2:03-CV-140-J |

**ORDER DENYING MOTION FOR MODIFICATION OF RULE 16 ORDER**

Before the Court is a joint motion, filed August 1, 2003, for modification of the original Rule 16 scheduling order. The Court conducted an in-chambers hearing on this motion on August 14, 2003. After discussing the Plaintiff's current status, the Court instructed the parties to confer further regarding the range of possible future developments, the necessity of the relief requested in this motion, and the injunctive relief sought in this case. The parties are to report back to the Court with their suggestions on whether this case ought to be expedited or abated. This motion is denied without prejudice to it being reurged after the parties have conferred and reported back.

It is SO ORDERED.

Signed this the 14th day of August, 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE