IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| JAMES AVERY RUSH, IV, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 2:03-CV-0140J |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § |
| Defendant. | § |

## ORDER

The Court conducted a conference call on September 11, 2003, with Mr. John Mozola, representing the Plaintiff, and Mr. Thomas Riney, representing the Defendant, participating.

At Plaintiff's request, Plaintiff's September 8, 2003 Motion to File Under Seal and Supporting Brief is ORDERED unfiled and returned to Plaintiff.

The parties are ORDERED to confer and submit to the Court a revised scheduling order that will accommodate a trial setting in early January, 2004 by 4:30 P.M., Tuesday, September 16th, 2003.

It is SO ORDERED.

Signed this 11th day of September, 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE