UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FILED
SEP 2 2 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

JAMES AVERY RUSH, IV

    Plaintiff,

v.                          Civil Action No. 2-03CV-0140J

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## PLAINTIFF'S EXPERT WITNESS DESIGNATIONS

Plaintiff designates the following expert witnesses:

1. Mark D. White
   Sprouse Shrader Smith P.C.
   801 S. Fillmore, Suite 600
   P. O. Box 15008
   Amarillo, Texas 79105-5008
   Phone: (806) 468-3306

2. David R. Egerton, Ph.D.
   Texas Tech Medical Center
   Department of Psychiatry
   1400 Coulter Road
   Amarillo, Texas 79106
   Phone: (806) 354-5541

3. Donald D. Deshler
   Center for Research on Learning
   1112 West Campus Road, Room 521
   Lawrence, Kansas 66045-3101
   Phone: (785) 864-4780

4. Nancy Mather, Ph.D.
   Professor, University of Arizona

5. Harry Potter
   1924 Utica #541
   Tulsa, Oklahoma 74104

Respectfully submitted,

John Mozola, SBOT#14615500
Vincent E. Nowak, SBOT #15121550
Brad A. Chapman, SBOT #04119010
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
806.372.5050
806.372.5086 (Fax)

_____
*Attorneys for Plaintiff, James Avery Rush, IV*


## CERTIFICATE OF SERVICE

This is to certify that on September 22, 2003, a true and correct copy of the above and foregoing was served on counsel for the Defendant via hand delivery:

Thomas C. Riney
Attorney at Law
701 S. Taylor
Suite 500
Amarillo, Texas 79101

_____
JOHN MOZOLA