UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES AVERY RUSH, IV

    Plaintiff,

v.                                  Civil Action No. 2-03CV-0140J

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

### PLAINTIFF'S AMENDED DESIGNATION OF EXPERT WITNESSES

Plaintiff designates the following expert witnesses:

1. Mark D. White
   Sprouse Shrader Smith P.C.
   801 S. Fillmore, Suite 600
   P. O. Box 15008
   Amarillo, Texas 79105-5008
   Phone: (806) 468-3306

2. David R. Egerton, Ph.D.
   Texas Tech Medical Center
   Department of Psychiatry
   1400 Coulter Road
   Amarillo, Texas 79106
   Phone: (806) 354-5541

3. Donald D. Deshler
   Center for Research on Learning
   1112 West Campus Road, Room 521
   Lawrence, Kansas 66045-3101
   Phone: (785) 864-4780

4. Nancy Mather, Ph.D.
   University of Tucson
   College of Education, Room 409
   Tucson, Arizona 85721
   (520) 621-0943

5. Robert M. May
Rudd and Wisdom, Inc.
9500 Arboretum Blvd., Suite 200
Austin, Texas 78759
(512) 346-1590 Ext. 131

6. William J. Kleinpeter, III, Ph.D.
1901 Medi Park, Suite 1036
Amarillo, Texas 79106
(806) 352-5542

7. Steven C. Schneider, Ph.D.
1800 S. Washington, Suite 208
Amarillo, Texas 79109
(806) 359-9755

8. Noel Gregg, Ph.D.
Learning Disabilities Center
The University of Georgia
324 Milledge Hall
Athens, Georgia 30602
(706) 542-4597

Harry Potter, who was listed as an expert in Plaintiff's Expert Witness Designations is not expected to be called as a witness. He has done no work and has been furnished no documents concerning the case.

Respectfully submitted,

John Mozola, SBOT#14615500
Vincent E. Nowak, SBOT #15121550
Brad A. Chapman, SBOT #04119010
MULLIN HOARD & BROWN, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
806.372.5050
806.372.5086 (Fax)

*John Mozola* (signature)
Attorneys for Plaintiff, James Avery Rush, IV

## CERTIFICATE OF SERVICE

This is to certify that on September 30, 2003, a true and correct copy of the above and foregoing was served on counsel for the Defendant via hand delivery:

> Thomas C. Riney
> Attorney at Law
> 701 S. Taylor
> Suite 500
> Amarillo, Texas 79101

_____
JOHN MOZOLA