IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES AVERY RUSH, IV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 2:03-CV-140-J |
| | § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON DEFENDANT'S RESPONSE
## TO PLAINTIFF'S MOTION TO COMPEL

In view of the anticipated trial setting for January of 2004, Defendant is ORDERED to respond to Plaintiff's Emergency Motion to Compel and Supporting Brief by **OCTOBER 15, 2003.**

It is so ORDERED.

SIGNED this 8th day of October, 2003.

MARY LOU ROBINSON
United States District Judge