IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

> **U.S. DISTRICT COURT**
> **NORTHERN DISTRICT OF TEXAS**
> **FILED**
>
> **OCT 1 4 2003**
>
> **CLERK, U.S. DISTRICT COURT**
> By _____
> *Deputy*

| | | |
|---|---|---|
| JAMES AVERY RUSH, IV | § | |
| | § | |
| PLAINTIFF, | § | |
| v. | § | CIVIL ACTION CAUSE NUMBER |
| | § | 2:03-CV-140-J |
| NATIONAL BOARD OF MEDICAL | § | |
| EXAMINERS, | § | |
| DEFENDANT. | § | |

## ORDER FOR IMMEDIATE RESPONSE and SETTING HEARING

Before the Court is Plaintiff's second motion, filed October 10, 2003, to compel discovery. Defendant will file an immediate response to this motion.

The Court will conduct a hearing on Plaintiff's first and second motions to compel discovery beginning at **9:30 a.m.** on **Friday, October 17, 2003** in the second floor courtroom of the federal courthouse at 205 E. 5th Avenue in Amarillo, Texas.

The Clerk of the Court shall inform the parties of the substance of this Order by telephone and/or by fax upon its entry.

It is SO ORDERED.

Signed this the _____14th_____ day of October, 2003.

_____
**MARY LOU ROBINSON**
UNITED STATES DISTRICT JUDGE