UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 15 2003

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| JAMES AVERY RUSH, IV, | ) |
| Plaintiff, | ) |
| VS. | ) NO. 2-03CV-0140J |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| Defendant. | ) |

### APPENDIX TO DEFENDANT'S RESPONSE AND SUPPORTING BRIEF IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL

| Exhibit | Document | Pages |
|---|---|---|
| A | Plaintiff's First Amended Notice of Deposition to Defendant | 1 |
| B | Affidavit of Carole Morrison-Featherman | 5 |

Respectfully submitted,

GWINN & ROBY
   Thomas C. Riney – TBN 16935100
   Christopher W. Weber – TBN 00797640
701 South Taylor, Suite 500
Amarillo, Texas 79101-2400
(806) 372-4271
FAX: 378-9797

ATTORNEYS FOR DEFENDANT
NATIONAL BOARD OF MEDICAL EXAMINERS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the Appendix to Defendant's Response and Supporting Brief in Opposition to Plaintiff's Emergency Motion to Compel is being served upon counsel of record by hand delivery this 15th day of October, 2003, as follows:

>John Mozola, Esq.
>Vincent E. Nowak, Esq.
>Brad A. Chapman, Esq.
>MULLIN, HOARD & BROWN, L.L.P.
>500 S. Taylor, Suite 800
>Amarillo, Texas  79101

_____
Thomas C. Riney