**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE <u>Amarillo</u>          JUDGE <u>Mary Lou Robinson</u>          DATE <u>10/17/03</u>

REPORTER <u>Stacy Morrison</u>      MARSHAL                              DEPUTY <u>C. Freas</u>

INTERPRETER                     CSO <u>Jackie Gunnels</u>                COURT TIME

---

### CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS. PRESENT |
|---|---|---|---|
| 9:30 a.m. | 2:03-cv-140-J<br>James Avery Rush<br>vs. National Board<br>of Medical Examiners | Hearing before the Court<br>on Motion to Compel | John Mozola<br>Vince Nowak<br>Tom Riney<br>Chris Weber |
| 10:00 a.m. | | Recess to chambers | |
| 10:15 a.m. | | Recess to 1:30 p.m. | |
| 1:30 p.m. | | Conference in Chambers | |
| 1:40 p.m. | | Conference ends - case in recess until<br>Tuesday, October 21, 2003 at 1:30 p.m. | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 20 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**OVER . . .**