IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES AVERY RUSH, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. 2-03CV-0140J |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT ON STATUS OF
## SETTLEMENT NEGOTIATIONS

Pursuant to the Court's Original Rule 16 Scheduling Order, the parties advise the Court that while there have been some discussions regarding settlement an agreement has not been reached. The parties have agreed to mediate this case before John Simpson on November 4, 2003. As per the Court's instruction, if the case is not settled on that date, the mediation will be adjourned until after Defendant's experts are submitted and Plaintiff has had an opportunity to review them.

Respectfully submitted,

GWINN & ROBY
  Thomas C. Riney – TBN 16935100
  Christopher W. Weber – TBN 00797640
701 South Taylor, Suite 500
Amarillo, Texas 79101-2400
(806) 372-4271; Fax (806) 378-9797

By_____
Thomas C. Riney

ATTORNEYS FOR DEFENDANT

John Mozola
Mullin Hoard & Brown, LLP
500 South Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas  79120-1656
806/372-5050
806/372-5086 (Fax)

By _____
　　　John Mozola

ATTORNEYS FOR PLAINTIFF