IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES AVERY RUSH, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. 2-03CV-0140J |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

OCT 3 1 2003

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

## DESIGNATION OF EXPERT WITNESSES OF DEFENDANT, NATIONAL BOARD OF MEDICAL EXAMINERS

TO THE HONORABLE COURT:

NATIONAL BOARD OF MEDICAL EXAMINERS files this Designation of Expert Witnesses pursuant to the Amended Rule 16 Scheduling Order entered on September 18, 2003.

Defendant hereby designates the following persons as potential expert witnesses to provide expert opinion testimony at the trial of this cause:

1.  Joseph E. Bernier, Ph.D.
    University Counseling Center
    University at Albany
    State University of New York
    Albany, New York  12222

2.  Dawn Patricia Flanagan, Ph.D.
    St. John's University
    Department of Psychology
    8000 Utopia Parkway
    Jamaica, New York 11439

3.     Michael Gordon, Ph.D.
       SUNY Upstate Medical University
       Division of Child and Adolescent Psychiatry
       750 East Adams Street
       DeWitt, New York 13214

4.     Samuel O. Ortiz, Ph.D.
       St. John's University
       Department of Psychology
       8000 Utopia Parkway
       Jamaica, New York 11439

5.     Gerard F. Dillon, Ph.D.
       National Board of Medical Examiners
       3750 Market Street
       Philadelphia, PA 19104 USA

6.     Nancy J. Stone, Esq.
       Law Office of Nancy Stone
       320 S. Polk, Suite 820, LB 32
       Amarillo, Texas 79101

SIGNED this 31st day of October, 2003.

                                 Respectfully submitted,

                                 GWINN & ROBY
                                 600 Maxor Building
                                 320 S. Polk Street
                                 Amarillo, Texas 79101
                                 (806) 468-3200; (806) 376-4509 FAX

                                 By _____
                                             Thomas C. Riney
                                             Texas State Bar Number 16935100

                                 ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was this 31st day of October, 2003, served upon counsel of record by placing same in the United States mail, certified mail, return receipt requested, properly stamped and addressed as follows:

John Mozola, Esq.
MULLIN, HOARD & BROWN
500 South Taylor, Suite 800
Amarillo, Texas  79101

_____
Thomas C. Riney