U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

3 1 2003

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES AVERY RUSH, IV

    Plaintiff,

v.                                                                Civil Action No. 2-03CV-0140J

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## SECOND AMENDED RULE 16 SCHEDULING ORDER

The parties requested and amended Rule 16 scheduling order. The request is granted as follows:

1.    The parties shall be ready for trial by February 23, 2004. This is not a trial setting. The case will be set on an actual trial docket by later order of the Court.

2.    All written discovery procedures shall be initiated in time to complete discovery by January 23, 2004. All other discovery should be completed by February 6, 2004. This deadline does not extend time for motions for summary judgment or other motions.

Counsel may extend the discovery deadline for a specific deposition or other specific discovery procedure by written agreement. However, no such extension will be considered good cause for an extension of any other deadlines or the time for mediation.

3.    Parties seeking affirmative relief must file a written designation of expert witnesses by September 30, 2003 and must provide Rule 26(a)(2) disclosures to all other parties by October 20, 2003.

Parties opposing affirmative relief must file a written designation of expert witnesses by October 31, 2003, and must provide Rule 26(a)(2) disclosures to all other parties by November 21, 2003.

The expert designations are to be filed. Parties are to exchange Rule 26(a)(2) expert reports, but are not to file them.

4.   Motion deadlines as follows:

To join parties: September 5, 2003.

To amend pleadings: January 19, 2004.

For summary judgment: January 19, 2004.

All other motions except motions in limine: January 26, 2004.

5.   The deadline for Rule 26(a)(3) disclosures is February 19, 2004.

6.   The parties may not by stipulation extend any deadline except as specifically allowed by this order, except the parties may agree to specific depositions or discovery items that may extend beyond the discovery cut off.

**THESE SCHEDULING DEADLINES WILL BE FIRM.**

It is SO ORDERED.

SIGNED this _31st_ day of _October_, 2003.

Honorable Mary Lou Robinson
United States District Judge

**APPROVED:**

Gwinn & Roby
701 South Taylor, Suite 500
Amarillo, Texas  79101-2400
(806) 378-9722
FAX: 378-9797

By_____
Thomas C. Riney
Texas Bar No. 16935100

ATTORNEYS FOR DEFENDANT


Mullin Hoard & Brown, LLP
500 S. Taylor, Suite 800
P. O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050
Fax: 372-5086

By_____
John Mozola

ATTORNEYS FOR PLAINTIFF