IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES AVERY RUSH, IV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO. 2-03CV-0140J |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED NOV - 7 2003

## SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES OF DEFENDANT, NATIONAL BOARD OF MEDICAL EXAMINERS

TO THE HONORABLE COURT:

NATIONAL BOARD OF MEDICAL EXAMINERS files this Supplemental Designation of Expert Witnesses pursuant to the Amended Rule 16 Scheduling Order entered on September 18, 2003.

Defendant hereby designates the following persons as potential expert witnesses to provide expert opinion testimony at the trial of this cause:

1. Nancy Nussbaum, Ph.D.
   Austin Neurological Clinic
   711 Building F
   West 38th Street
   Austin, Texas  78705

SIGNED this 7th day of November, 2003.

>Respectfully submitted,
>
>GWINN & ROBY
>600 Maxor Building
>320 S. Polk Street
>Amarillo, Texas 79101
>(806) 468-3200; (806) 376-4509 FAX
>
>By_____
>Thomas C. Riney – SBN: 16935100
>
>ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document was this 7th day of November, 2003, served upon counsel of record by placing same in the United States mail, certified mail, return receipt requested, properly stamped and addressed as follows:

>John Mozola, Esq.
>MULLIN, HOARD & BROWN
>500 South Taylor, Suite 800
>Amarillo, Texas 79101

_____
Thomas C. Riney