UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES AVERY RUSH, IV

    Plaintiff,

v.                                          Civil Action No. 2-03CV-0140J

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND
## SECOND AMENDED RULE 16 SCHEDULING ORDER

Plaintiff moves the Court to amend the Second Amended Rule 16 Scheduling Order, as follows:

In the Second Amended Rule 16 Scheduling Order, which was agreed to by the parties and signed by the Court on October 31, 2003, the Court set a deadline of January 26, 2004 for all motions except motions in limine, motions to join parties, motions to amend pleadings, and motions for summary judgment. In a November 10, 2003 order, the Court specifically set a January 26, 2003 deadline for *Daubert* motions. Upon re-examination of this deadline it appears that, the date of January 26, 2004, is premature for *Daubert* challenges to expert witnesses, because the last expert depositions are not scheduled until perhaps as late as January 22 and 23, 2003.[1] It is not possible to have the transcripts of those depositions in time to meet a January 26, 2004 deadline for *Daubert* motions. Therefore, Plaintiff moves the Court to extend the date for *Daubert* motions to February 12, 2004.

---

[1] To accommodate the recuperation of Defendant's counsel, the parties are scheduling all depositions but one for the weeks of January 5, 12 and 19, 2003.

DATED: December 15, 2003.

                            Respectfully submitted,

                            John Mozola, SBOT#14615500
                            Vincent E. Nowak, SBOT #15121550
                            Brad A. Chapman, SBOT #04119010
                            MULLIN HOARD & BROWN, LLP
                            500 S. Taylor, Suite 800
                            P. O. Box 31656
                            Amarillo, Texas  79120-1656
                            806.372.5050
                            806.372.5086 (Fax)

                            _____
                            JOHN MOZOLA

## CERTIFICATE OF CONFERENCE

Prior to filing this motion, I conferred with Chris Stewart, one of the attorneys for Defendant, who informed me that Defendant does not oppose the motion.

                            _____
                            JOHN MOZOLA

## CERTIFICATE OF SERVICE

This is to certify that on December *15*, 2003, a true and correct copy of the above and foregoing was served on counsel for the Defendant via hand delivery, addressed as follows:

>Christian D. Stewart
>GWIN & ROBY
>600 Maxor Building
>320 S. Polk
>Amarillo, Texas 79101

_____
JOHN MOZOLA