IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 15 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JAMES AVERY RUSH, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. 2-03CV-0140J |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF CHANGE OF ADDRESS
### FOR DEFENDANT'S COUNSEL

NATIONAL BOARD OF MEDICAL EXAMINERS, Defendant in this cause, files this Notice of Change of Address for Defendant's counsel and would show the Court as follows:

All future correspondence and notices in this matter should be sent to the following address:

> Thomas C. Riney
> Christopher W. Weber
> Gwinn & Roby
> 600 Maxor Building
> 320 S. Polk Street
> Amarillo, Texas 79101-1426
> (806) 468-3200
> (806) 376-4509 Facsimile

Respectfully submitted,

GWINN & ROBY
   Thomas C. Riney, TBN: 16935100
   Christopher W. Weber, TBN: 00797640
   Christian D. Stewart, TBN: 24013569
600 Maxor Building
320 S. Polk Street
Amarillo, Texas 79101-1426
(806) 468-3200
(806) 376-4509 FAX

By: _____
      Christopher W. Weber

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of ***Defendant's Responses to Plaintiff's Seventh Request for Production of Documents to Defendant*** was, this 11th day of December, 2003, served upon counsel of record by certified mail, return receipt requested, addressed as follows:

   John Mozola, Esq.
   Vincent E. Nowak, Esq.
   Brad A. Chapman, Esq.
   MULLIN HOARD & BROWN, LLP
   500 South Taylor, Suite 800
   Amarillo, Texas 79101

_____
Christopher W. Weber