IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| JAMES AVERY RUSH, IV | § | |
| | § | |
| PLAINTIFF, | § | |
| v. | § | CIVIL ACTION CAUSE NUMBER |
| | § | 2:03-CV-140-J |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | § | |
| | § | |
| DEFENDANT. | § | |

### ORDER

Before the Court is Plaintiff's unopposed motion, filed December 15, 2003, for an extension of the deadline to file all *Daubert* motions. This motion is granted in part as follows.

All *Daubert* motions must be filed by **February 2, 2004.**

It is SO ORDERED.

Signed this the ___16th___ day of December, 2003.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE