**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 23 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

JAMES AVERY RUSH, IV

    Plaintiff,

v.

                                    Civil Action No. 2-03CV-0140J

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

### AGREED ORDER ON DISCOVERY FROM PSYCHOLOGICAL EXPERTS

State statutes applicable to information about patient evaluations that may be disclosed by psychologists and others may prevent those persons examining Plaintiff from providing information in discovery that may be relevant to this case. Therefore, the parties request the Court to enter this order to allow those persons to provide that information. Upon agreement by Plaintiff, JAMES AVERY RUSH, IV, and Defendant, NATIONAL BOARD OF MEDICAL EXAMINERS, and after consideration by the Court;

IT IS ORDERED, AJUDGED, AND DECREED that Drs. William J. Kleinpeter, III, Steven C. Schneider, David R. Egerton and Gail Glass each are authorized to produce to Plaintiff's counsel their complete file for JAMES AVERY RUSH, IV, including but not limited to, all raw test data, record forms, test protocols, clinical interview notes, mental status exam notes, notes of observation during testing and billing statements.

SIGNED this _23rd_ day of _December_, 2003.

_____
HONORABLE MARY LOU ROBINSON
JUDGE PRESIDING

AGREED:

_John Mozola_
John Mozola

ATTORNEY FOR PLAINTIFF

_Christian D. Stewart_
Christian D. Stewart

ATTORNEY FOR DEFENDANT