UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES AVERY RUSH, IV

    Plaintiff,

v.                                        Civil Action No. 2-03CV-0140J

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff's Motion for Leave to Amend Complaint is granted, and Plaintiff may file the First Amended Complaint attached as exhibit 1 to the Motion for Leave to Amend Complaint.

DATED: _December 31_, 2003.

_____
United States District Judge Presiding