IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAMES AVERY RUSH, IV　　　　　＊
　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　＊
VS.　　　　　　　　　　　　　　＊　　2:03-CV-140-J
　　　　　　　　　　　　　　　　＊
NATIONAL BOARD OF　　　　　　　＊
MEDICAL EXAMINERS　　　　　　　＊
　　　　　　　　　　　　　　　　＊

ORDER TO FILE
AGREED STIPULATION ON EXHIBITS

All parties in the above action are ordered to confer and file on or before February 17, 2004, an agreed stipulation as to the authenticity and admissibility of all exhibits to be offered at trial in this cause.

It is so ORDERED.

Signed this the 5th day of February, 2004.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE