UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JAMES AVERY RUSH, IV § § Plaintiff, § § VS. § NATIONAL BOARD OF MEDICAL § EXAMINERS § § Defendant. § | Civil Action No. 2-03CV-0140J |

## AGREED ORDER OF DISMISSAL

IT IS HEREBY ORDERED that this cause be and the same is hereby DISMISSED, with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

SIGNED this _19th_ day of February, 2004.

_____
United States District Judge

AGREED:

*John Mozola 2/19/04*
John Mozola
Mullin Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, Texas
(806) 372-5050
(806) 372-5086

ATTORNEYS FOR PLAINTIFF,
JAMES AVERY RUSH, IV


Thomas C. Riney
Gwinn & Roby
600 Maxor Building
320 S. Polk Street
Amarillo, TX  79101-1426

ATTORNEYS FOR DEFENDANT,
NATIONAL BOARD OF MEDICAL EXAMINERS

Exhibit "C"