**United States District Court**
Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAY 1 6 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Karen Mitchell
Clerk of Court

205 E. 5th Street
Box J-13240
Amarillo, Texas 79101

March 14, 2006

Mr. John Mozola
MULLIN HOARD & BROWN
p. o. Box 31656
Amarillo, TX 79120-1656

Mr. Thomas C. Riney
GWINN & ROBY
600 Maxor Bldg.
320 S. Polk St.
Amarillo, TX 79101

**Re: 2:03-cv-140-J;** Rush v. National Board of Medical Examiners

Dear Attorneys:

Returned herewith are the exhibits admitted during trial in the above
referenced case. Please acknowledge receipt on the enclosed copy of
this letter and return a signed copy in the envelope provided.

Sincerely,

*Sharon Sauls*

Sharon Sauls,
Deputy Clerk

Encl (s).

Received by:_____
                        (Signature)

Date:_____

5/16/06 destroyed Δ's EX - no response