IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 1 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JAMES AVERY RUSH, IV § | |
| § | |
| PLAINTIFF, § | |
| v. § | CIVIL ACTION CAUSE NUMBER |
| § | 2:03-CV-140-J |
| NATIONAL BOARD OF MEDICAL § | |
| EXAMINERS, § | |
| DEFENDANT. § | |

### ORDER

The sealed pleadings filed in this case shall remain sealed pending further order of the Court.

It is SO ORDERED.

Signed this the _____18t_____ day of August, 2006.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE